1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MCKAYLA HOLLINS, an individual,          No.  1:16-cv-01029-DAD-JLT

12              Plaintiff,

13        v.                                  ORDER DIRECTING THE CLERK OF THE
                                              COURT TO TERMINATE DEFENDANT
14   FORD MOTOR COMPANY, a Delaware           CARMAX AUTO SUPERSTORES
     corporation, CARMAX AUTO                 CALIFORNIA, LLC
15   SUPERSTORES CALIFORNIA, LLC, a
     Virginia limited liability company, and  (Doc. No. 15)
16   DOES 1-30, inclusive,

17              Defendants.

18

19        On October 3, 2016, plaintiff filed a notice of voluntary dismissal of defendant CarMax

20   Auto Superstores California, LLC without prejudice pursuant to Federal Rule of Civil Procedure

21   41(a)(1)(A)(i).  (Doc. No. 15.)  Under Rule 41(a), a plaintiff may dismiss an action without a

22   court order if he or she files "a notice or dismissal before the opposing party serves either an

23   answer or a motion for summary judgment" or "a stipulation of dismissal signed by all parties

24   who have appeared."  Fed. R. Civ. Pro. 41(a)(1)(A)(i)–(ii).  Here, defendant CarMax Auto

25   Superstores California, LLC has not filed an answer or a motion for summary judgment, but has

26   filed a motion to dismiss.  (*See* Doc. No. 10.)  "Even if the defendant has filed a motion to

27   dismiss, the plaintiff may terminate his action voluntarily by filing a notice of dismissal under

28   Rule 41(a)(1)."  *Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995) (citing *Miller v. Reddin*,

1

422 F.2d 1264, 1265 (9th Cir. 1970)).  In light of this, defendant CarMax Auto Superstores California, LLC has been dismissed without prejudice.  S*ee* Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose,* 111 F.3d 688, 692 (9th Cir. 1997).

Accordingly, the court directs the Clerk of Court to terminate defendant CarMax Auto Superstores California, LLC.

IT IS SO ORDERED.

Dated:   **October 4, 2016**

UNITED STATES DISTRICT JUDGE