**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MCKAYLA HOLLINS,<br><br>          Plaintiffs,<br><br>     v.<br><br>FORD MOTOR COMPANY, et al.,<br><br>          Defendants. | )  Case No.: 1:16-cv-01029  DAD  JLT<br>)<br>)  ORDER CLOSING CASE AS TO DEFENDANT<br>)  CARMAX AUTO SUPERSTORES CALIFORNIA,<br>)  LLC ONLY<br>)<br>)  (Doc. 50)<br>)<br>)<br>) |

On October 15, 2016, the plaintiff filed a notice of voluntary dismissal under Federal Rules of Civil Procedure 41(a)(1)(A)(ii) as to defendant CarMax Auto Superstores California, LLC only.  (Doc. 15) Under Rule 41, "the plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Notably, CarMax has not answered or filed a motion for summary judgment, though it has filed a motion to dismiss (Doc. 10) and a motion to strike (Doc. 11).  Thus, the Clerk of Court is **DIRECTED** to close this action as to CarMax Auto Superstores California, LLC according to Rule 41, and to terminate the pending motions (Docs. 10, 11).

IT IS SO ORDERED.

Dated:     **October 4, 2016**                          **/s/ Jennifer L. Thurston**
                                                                        UNITED STATES MAGISTRATE JUDGE