# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MCKAYLA HOLLINS,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>FORD MOTOR COMPANY, et al.,<br><br>　　　　　Defendants. | Case No.: 1:16-cv-01029  DAD  JLT<br><br>ORDER TO PLAINTIFF TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO PROSECUTE THIS ACTION |

On August 7, 2016, the plaintiff and Ford Motor Company agreed that Ford could have until August 26, 2016 to file its responsive pleading.  (Doc. 7)  Despite the passage of more than a month since that deadline, Ford has not responded.  Despite this, the plaintiff has failed to seek a default.  Thus, the Court **ORDERS**:

　　1.　　Within 14 days, the plaintiff **SHALL** show cause in writing why sanctions should not be imposed for her failure to prosecute this action or, within this same 14-day period, she **SHALL** seek an entry of default as Ford Motor Company.

IT IS SO ORDERED.

　Dated:　**October 4, 2016**　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE