UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MCKAYLA HOLLINS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY, a Delaware corporation; and DOES 1-30, inclusive,<br><br>Defendants. | No.  1:16-cv-01029-DAD-JLT<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE<br><br>(Doc. No. 19) |

On October 26, 2016, the parties filed a joint stipulation dismissing this action with prejudice, with each party to bear its own costs and attorneys' fees.  (Doc. Nos. 19 and 19-1.)  In light of the parties' stipulation, this case has terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose,* 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice and without an award of attorneys' fees and costs to either party.  Accordingly, the Clerk of Court is directed to close the case.  The order to show cause (Doc. No. 18) issued on October 4, 2016 is discharged.

IT IS SO ORDERED.

Dated:   **October 26, 2016**

_____
UNITED STATES DISTRICT JUDGE

1